AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GLENN S. RHODES,

    Plaintiff,

V.

DANIEL CRAIG; ADAM LAND; BARBARA CLARIDGE; and SHAWN HAMMOND,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:21-cv-127

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 17, 2022, Plaintiff's complaint is dismissed without prejudice against Defendant Barbara Claridge, Defendant Adam Land, and Defendant Daniel Craig. Plaintiff's complaint is dismissed with prejudice against Defendant Shawn Hammond. This case stands closed.

| | |
|---|---|
| May 17, 2022 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020